UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO. 8:17-CV-00158-CEH-AEP

SCHERRYL MASTEN

    Plaintiff,

v.

AETNA LIFE INSURANCE COMPANY,

    Defendant.
_____/

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiff, Scherryl Masten, and Defendant, Aetna Life Insurance Company, by and through their undersigned Counsel, hereby stipulate and agree to the entry of a Final Order of Dismissal With Prejudice, with each party to bear her/its own attorneys' fees and costs.

Dated this 9th day of June, 2017.

| | |
|---|---|
| */s/ Nancy L. Cavey* | */s/ Jonathan M. Fordin* |
| Florida Bar No. 300934 | Jonathan M. Fordin, Esquire |
| Nancy L Cavey, LLC | Florida Bar No. 371637 |
| 821 16th Street North | SHUTTS & BOWEN LLP |
| St. Petersburg, FL  33705 | 200 South Biscayne Blvd. |
| Telephone: 727-894-3188 | Suite 4100 |
| Fax: 727-8212751 | Miami, FL  33131 |
| cavey@tampabay.rr.com | Telephone: 305-347-7390 |
| *Counsel for Plaintiff* | Fax: 305-381-9982 |
| | jfordin@shutts.com |
| | *Counsel for Defendant* |