UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SCHERRYL MASTEN,

    Plaintiff,

v.                                                    Case No: 8:17-cv-158-T-36AEP

AETNA LIFE INSURANCE COMPANY,

    Defendant.
_____/

**ORDER**

Before the Court is the Joint Stipulation for Dismissal with Prejudice (Doc. 20). In accord with the Joint Stipulation for Dismissal with Prejudice, it is **ORDERED AND ADJUDGED** as follows:

1)     The Joint Stipulation for Dismissal with Prejudice is **APPROVED** (Doc. 20).

2)     This cause is dismissed, with prejudice. Each party shall bear its own costs and attorneys' fees.

3)     The Clerk is directed to terminate any pending motions and deadlines and **CLOSE** this case.

**DONE AND ORDERED** in Tampa, Florida on June 12, 2017.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

**COPIES FURNISHED TO**:
Counsel of Record